IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00443-M-RN

COREY ATKINSON, JR.,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

ORDER

This matter comes before the court on the Memorandum and Recommendation ("M&R") issued by United States Magistrate Judge Robert T. Numbers, II [DE 28]. Therein, Judge Numbers recommends that Plaintiff's Motion to Remand [DE 14] be granted. The M&R, along with instructions and a deadline for filing objections, was served on the parties on October 21, 2025. *See* DE 28. Neither party filed a timely objection.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. *See Diamond*, 416 F.3d

at 315. For the reasons stated therein, Plaintiff's Motion to Remand [DE 14] is GRANTED. The other pending motions at DE 10, 16, 19, 23, and 26 are DENIED WITHOUT PREJUDICE. This action is REMANDED to the Wake County Superior Court. The Clerk of Court is directed to close the case.

SO ORDERED this __3d__ day of December, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE